**Slip Op. 13- 20**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **HUBBELL POWER SYSTEMS, INC.,** | |
| Plaintiff, | |
| **GEM YEAR INDUSTRIAL CO., Ltd.,** | |
| Consolidated Plaintiff, | |
| v. | **Before: Jane A. Restani, Judge** |
| **UNITED STATES,** | **Consol. Court No. 11-00474** |
| Defendant, | |
| and | |
| **VULCAN THREADED PRODUCTS INC.,** | |
| Intervenor Defendant. | |

**JUDGMENT**

Upon consideration of the remand results filed by the United States Department of Commerce, plaintiffs' and intervenor defendant's comments, defendant's response, and all other pertinent papers, and in the absence of any substantive challenges to the remand results, it is hereby

ORDERED, ADJUDGED and DECREED that the determination on remand of the United States Department of Commerce in this action is SUSTAINED.

                                                      /s/ Jane A. Restani
                                                    Jane A. Restani
                                                    Judge

Dated: February 7, 2013
        New York, New York